1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL MORALES,**<br><br>           Plaintiff,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>           Defendants. | Case No.: 2:22-cv-05827-SVW-AFM<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S ATTORNEYS' FEES, COSTS AND EXPENSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MANUEL MORALES ("**Plaintiff**") and Defendant FCA US LLC ("**Defendant**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $15,500.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $15,500.00 to Plaintiff within 60 days of April 4, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 7, 2023

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
Jacob Cutler (SBN 264988)
*jacobc@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiff,
MANUEL MORALES